JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4102-RGK-PLA | Date | June 19, 2014 |
|---|---|---|---|
| Title | *RIVERA et al. V. ASTRAZENECA PHARMACEUTICALS LP et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Remanding Action to State Court

The case is **REMANDED** to the Superior Court of California, County of Los Angeles for the reasons given by Judge Walter in CV 14-4012 JFW (JPRx) and Judge O'Connell in CV 14-4115 BRO (AGRx).

**IT IS SO ORDERED.**

:

**Initials of Preparer**